# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Joseph A. Williams                                    Docket No. 5:13-MJ-1998-1

## Petition for Action on Probation

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph A. Williams, who, upon an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a), was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on March 11, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

5. The Probation Order Under 18 U.S.C. § 3607 entered on January 7, 2014, is hereby stricken.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted urine specimens on August 11, and August 22, 2014, which proved positive for marijuana. The defendant admitted that he smoked marijuana on or about August 6, 2014, and signed an Admission of Drug Use Statement. The defendant is currently participating in individual substance abuse counseling and completed the cognitive behavioral therapy program on August 21, 2014. He will be referred for group substance abuse therapy, and will continue to be monitored through the Surprise Urinalysis Program for future drug use. As a sanction for his drug use, it is respectfully recommended that his conditions of probation be modified to include two days jail, and DROPS, second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of two days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: August 27, 2014 |

## ORDER OF COURT

Considered and ordered this 27th day of August, 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge